# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOBBIE BATS, JR., | Case No. EDCV 11-0516-RGK (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 18, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE